PS 1
(Rev 12/04)

# UNITED STATES DISTRICT COURT
## for
### Western District Of Pennsylvania

**FILED**

2010 JAN 22 AM 11:17

CLERK
U S DISTRICT COURT

U.S.A. vs. Frank Alan Grando        Docket No.    0315 2:09CR00286-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Frank Alan Grando, who was placed under pretrial release supervision by the Honorable Lisa Pupo Lenihan sitting in the COURT at Pittsburgh, PA, on the 9th day of October, 2009, under the following conditions:

1. Surrender and do not obtain a passport.
2. Travel restricted to Western District of Pennsylvania.
3. Refrain from possessing a firearm.
4. Refrain from excessive use of alcohol.
5. Refrain from unlawful possession of a narcotic drug or controlled substance.
6. Submit to any method of testing by pretrial services for determining the use of a prohibited substance.
7. Participate in a program of inpatient or outpatient treatment if deemed necessary.
8. Refrain from obstructing or tampering with the accuracy of any prohibited substance testing.
9. Report as soon as possible any contact with law enforcement personnel.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant tested positive for marijuana use on January 14, 2010, after participating in inpatient and outpatient substance abuse treatment programs.

PRAYING THAT THE COURT WILL ORDER a bond revocation hearing be held to address the defendant's noncompliance. Said hearing will be held before the undersigned on Friday, January 29, 2010 at 10 AM in Courtroom #3A, 3rd floor, U.S. Courthouse.

**ORDER OF COURT**

Considered and ordered this 25 day of Jan, 2010, and ordered filed and made a part of the records in the above case.

_____
Honorable Gary L. Lancaster
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 22, 2010

_____
Gregory Wilson
U.S. Pretrial Services Officer

_____
Kimberly D. Williams
Supervising U.S. Pretrial Services Officer

Place    Pittsburgh, PA

cc: All Counsel of Record
    U.S. Marshal
    U.S. Pretrial Services