IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 09-286 |
| ) | |
| FRANK ALAN GRANDO ) | |

### ORDER OF COURT

AND NOW, to-wit, this 24th day of June, 2010, upon consideration of the foregoing Motion to Advance Sentencing Date, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the sentencing hearing is rescheduled for Friday, June 25, 2010 at 2:30 p.m..

_____
Gary L. Lancaster
Chief United States District Judge

cc: U.S. Probation
    U.S. Marshal
    All Counsel